UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-555-MOC

| | |
|---|---|
| ALTON SHARAN SAPP, ) | |
| ) | |
| **Plaintiff, pro se,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| AUDI OF CHARLOTTE, et al., ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to pay the filing fee within the deadline set by this Court's Order dated November 21, 2022, in which the Court stated:

> Plaintiff's Motion to Proceed In Forma Pauperis, (Doc. No. 2), is **DENIED**. Plaintiff shall have 14 days within which to pay the full filing fee. If he does not pay the filing fee, this action will be dismissed without prejudice and without further notice.

See (Doc. No. 5). More than 14 days has passed since the Court entered its Order dated November 21, 2022, and Plaintiff has still not paid the filing fee.[1] Therefore, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: March 10, 2023

Max O. Cogburn Jr
United States District Judge

---

[1] On February 21, 2023, Plaintiff filed a Response to the Court's order dated November 21, 2022, in which he objects to the Court's order, but he did not pay the filing fee as ordered by the Court. See (Doc. No. 6).