# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Crystal Looper**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00555-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Bard Peripheral Vascular, Inc. | ) | |
| C.R. Bard, Inc.**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 10, 2023 Order.

March 10, 2023

_Frank G. John_

Frank G. Johns, Clerk
United States District Court